| AO-10<br>Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Huvelle, Ellen S | 2. Court or Organization<br><br>U.S. District Court for D.C. | 3. Date of Report<br><br>5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-full time | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>333 Constitution Avenue, NW<br><br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Self-employed, Partner in Law Firm | |

FINANCIAL DISCLOSURE OFFICE   2004 MAY 14 A 9:3   RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Huvelle, Ellen S | 5/10/2004 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York Intellectual Property Law Association | Bar Association Dinner (Transportation, Food and Hotel) |
| 2. | Boston College | Board of Overseers (Transportation, Food and Hotel) |
| 3. | Harvard Law School, Cambridge, Mass. | Trial Advocacy Workshop (Transportation, Food and Hotel) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | HSBC | Mortgage on Rental Prop., Washington, DC (Part VII, Line 91) | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Morgan Stanley Active Assets Tax Free Trust | B | Interest | N | T | | | | | |
| 2. America Online (now named Time Warner) | | None | J | T | | | | | |
| 3. Applera Com Celerea Gp (previously Pe Cp Com Celerea GP) | | None | J | T | | | | | |
| 4. Cisco Systems | | None | K | T | | | | | |
| 5. Intel | A | Dividend | J | T | | | | | |
| 6. Lucent | | | | | gift | 12/19 | J | | |
| 7. Oracle | | None | K | T | | | | | |
| 8. Sapient | | | | | gift | 12/19 | J | | |
| 9. Sepracor | | None | J | T | | | | | |
| 10. Sony | A | Dividend | J | T | | | | | |
| 11. Ventro (renamed Nexprise 4/22) | | | | | gift | 12/19 | J | | |
| 12. LA Public Works BE 4.4% due 10/1/04 | B | Interest | L | T | buy | 7/23 | L | | |
| 13. Conejo BE 4.125% due 8/1/06 | A | Interest | K | T | buy | 7/23 | K | | |
| 14. NY State Dorm Auth, 5.25% due 5/15/03 | A | Interest | | | redemption | 5/5 | K | A | |
| 15. Montgomery Co. MD Education 6.125% due 6/1/14 | A | Interest | | | redemption | 6/2 | J | A | |
| 16. Montgomery Co. MD Education 6.125% due 6/1/14 | A | Interest | | | redemption | 7/24 | K | A | |
| 17. Triborough Bridge & Tunnel Authority 4.6% due 1/1/04 | B | Interest | L | T | | | | | |
| 18. Philadelphia PA Hospital 5.25% due 2/15/14 | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Escondido CA 3.75% due 7/1/04 | B | Interest | L | T | | | | | |
| 20. Groton CT CO 5% due 8/15/08 | B | Interest | | | redemption | 11/6 | K | A | |
| 21. Lancanster PA 5.4% due 5/1/13 | B | Interest | | | redemption | 11/13 | K | A | |
| 22. AIM In'l Fund | A | Dividend | J | T | | | | | |
| 23. Franklin Small Cap. Growth Fund | | None | K | T | | | | | |
| 24. Templeton Developing Markets | A | Dividend | L | T | | | | | |
| 25. Ishares MSCI EAFE Fund | | None | K | T | buy | 11/18 | K | | |
| 26. Putnam Int'l New Opportunities Fund | | None | | | sell | 11/18 | K | A | |
| 27. MFS Municipal Bond Fund | B | Dividend | K | T | | | | | |
| 28. Van Kampen Emerging Markets | | None | K | T | | | | | |
| 29. Manulife N.Am. Venture Annuity | | None | M | T | | | | | |
| 30. Oppenheimer Developing Markets | A | Dividend | J | T | | | | | |
| 31. Delaware Fund | | None | J | T | | | | | |
| 32. Enterprise Sm. Co. Growth | | None | J | T | | | | | |
| 33. Fidelity Ready Assets | A | Interest | L | T | | | | | |
| 34. Morgan Stanley Active Assets Tax Free Trust | B | Interest | N | T | | | | | |
| 35. America Online (now named Time Warner) | | None | | | gift | 12/22 | J | | |
| 36. Hewlett Packard | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Allstate | | None | J | T | gift | 12/31 | J | | (gift received from relative) |
| 38. EMC Corp. Mass. | | None | J | T | | | | | |
| 39. Genzyme Bios. Div. (name changed to Genzyme CP) | | None | J | T | partial gift | 12/2 | J | | |
| 40. Human Genome Sciences | | None | J | T | | | | | |
| 41. Medtronic | A | Dividend | K | T | | | | | |
| 42. SBC Communications | A | Dividend | K | T | | | | | |
| 43. Sun Microsystems | | None | J | T | | | | | |
| 44. Triborough Bridge & Tunnel Authority 4.6% due 1/1/04 | B | Interest | K | T | | | | | |
| 45. NY State Dorm Authority 5.25% due 5/15/03 | A | Interest | | | redemption | 5/15 | K | A | |
| 46. Oyster Bay NY Imp. BE 5% due 2/10/15 | B | Interest | K | T | | | | | |
| 47. Franklin Small Cap. (renamed Franklin Small Mid. Cap.) | | None | K | T | | | | | |
| 48. Van Kampen Emerging Markets | | None | J | T | | | | | |
| 49. Nuveen Int. Dur. Muni. Bond Fund | B | Interest | K | T | | | | | |
| 50. Aim Constellation | | | K | T | | | | | |
| 51. Oppenheimer Developing Markets | A | Dividend | J | T | | | | | |
| 52. Delaware Fund | | None | K | T | | | | | |
| 53. Enterprise Small Growth | | None | K | T | | | | | |
| 54. Templeton Foreign Fund | C | Dividend | M | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Lincoln Nat'l Am. Legacy III Annuity | | None | M | T | | | | | |
| 56. 1/3 Interest in vacation home in Barnstable County, MA | A | Rent | N | W | | | | | |
| 57. Greenwood at Cleveland Park LLC | | None | J | W | | | | | |
| 58. Delaware Small Cap Value Fund (IRA) | C | Capital gain | L | T | | | | | Moved to IRA #2 |
| 59. Delaware Small Cap Value Fund (IRA #1) | C | Capital gain | L | T | | | | | |
| 60. Williams & Connolly Profit Sharing Ret. Plan (no control) | | None | N | T | rollover | 8/12 | N | | Rolled over to IRA #2 |
| 61. Williams & Connolly Retirement Savings Plan (no control) | | None | N | T | rollover | 8/12 | N | | Rolled over to IRA #2 |
| 62. The Cov. Fund LLC | A | Interest | J | T | | | | | |
| 63. Vanguard Prime Money Market Fund (Retirement) | A | Dividend | N | T | | | | | |
| 64. Vanguard Wellington Fund (Retirement) | C | Dividend | N | T | | | | | |
| 65. Vanguard S&P 500 Index (Retirement) | B | Dividend | N | T | | | | | |
| 66. Brandywine Fund ( Retirement) | | None | M | T | | | | | |
| 67. Vanguard Total Bond (Retirement) | A | Dividend | K | T | | | | | |
| 68. SAFECO Growth (Retirement) | | None | L | T | sell | 4/25 | L | | |
| 69. C&B | B | Interest | O | T | | | | | |
| 70. Morgan Stanley Liquid Asset Fund (IRA) | B | Dividend | N | T | | | | | Moved to IRA #2) |
| 71. Morgan Stanley Liquid Asset Fund (IRA #1) | A | Dividend | J | T | | | | | |
| 72. IRA #2 | D | Int, Div, CG | O | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. —Liquid Asset Fund | | | | | | | | | Also reported on Line 70 |
| 74. —Delaware Small Cap Value Fund | | | | | | | | | Also reported on Line 58 |
| 75. —Goldman Sachs Small | | | | | buy | 10/16 | J | | |
| 76. -- Sentinel Small Co. Fund | | | | | buy | 10/16 | K | | |
| 77. —E.V. Emerging Markets | | | | | buy | 10/16 | J | | |
| 78. —MFS Value | | | | | buy | 10/16 | K | | |
| 79. —American Gr. Fund | | | | | buy | 10/16 | J | | |
| 80. —American Inv. Co. | | | | | buy | 10/16 | K | | |
| 81. —Van Kampen Comstock | | | | | buy | 10/16 | K | | |
| 82. —Enterprise Growth | | | | | buy | 10/16 | J | | |
| 83. —Ishares MSCI EAFE Fund | | | | | buy | 11/18 | K | | |
| 84. —Walmart Stores Corp. Bond 6.875%, due 8/10/09 | | | | | buy | 10/16 | K | | |
| 85. —Putnam Int'l Equity | | | | | buy | 10/16 | K | | |
| 86. —Putnam Int'l Equity | | | | | sell | 10/16 | K | | |
| 87. —Societe Generale Corp. Bond 7.4%, due 6/1/06 | | | | | buy | 10/16 | L | | |
| 88. —GTE South Corp. Bond 6.125%, due 6/15/07 | | | | | buy | 10/16 | L | | |
| 89. —Salomon Smith 6.50%, due 2/15/08 | | | | | buy | 10/16 | L | | |
| 90. —Int'l Lease Fin corp. Bond, 4.75%, due 1/18/05 | | | | | buy | 10/16 | L | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns BJ and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Rental Property - Washington, DC | D | Rent | | | buy | 8/15 | N | | |

| I. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1. SAFECO Growth (Line 68) was sold on 4/25 and the proceeds were transferred to Vanguard Prime Money Market Fund (Line 63).

2. Allstate (Line 38) was received as a gift from a relative.

3. All other gifts of stock (Lines 6, 8, 11, 35 and 39) were given to my son and daughter.

4. The Williams & Connolly Profit Sharing Ret. And Savings Plans were rolled over to my IRA #2 and this was combined with Delaware Small Cap Value Fund (Line 58 on 2002 report) and Morgan Stanley Liquid Asset Fund (Line 71 on 2002 report). These will now be reported as an aggregate ownership arrangement as IRA #2. IRA #1 refers to my █████ IRA and includes Lines 59 and 70.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date_____ 5/10/04 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544